In re TOBACCO LITIGATION, Eastern District of New York.

The National Asbestos Workers Medical Fund, et al., Plaintiffs,

v.

Philip Morris, Inc., et al., Defendants.

Blue Cross and Blue Shield of New Jersey, Inc., et al., Plaintiffs,

v.

Philip Morris, Incorporated, et al., Defendants.

Raymark Industries, Inc., Plaintiff,

v.

The American Tobacco Company, et al., Defendants.

H.K. Porter Company, Inc., Plaintiff,

v.

The American Tobacco Company, et al., Defendants.

Robert A. Falise; Louis Klein, Jr.; Frank Macchiarola; and Christian E. Markety, Jr. as Trustees, Plaintiffs,

v.

The American Tobacco Company, et al., Defendants.

David B. Bergeron; Mark L. Erlich; Anthony J. Graziano; Thomas Harrington; Simon James; Kirk Fordyce; Lawrence Morrisroe; David Wallace; David Woodman; William J. Sullivan; Stephan A. Adamic; George Bidgood; Theordore H. Brodie; Donald Colavecchio; Thomas J. Gunning; Michael Shaurghnessy; and Christopher Topps on Behalf of Themselves and all other similarly trustees of health funds, Plaintiffs,

v.

Philip Morris, Inc. et al., Defendants.

Ellis Simon, on behalf of himself and all other persons similarly situated, Plaintiffs,

v.

Philip Morris, Inc. et al., Defendants.

Ligget Group Inc., Plaintiff,

v.

Latham & Watkins, Defendant.

Nos. 98 CV 1492, 98 CV 3287, 98 CV 0675, 97 CV 7658, 99 CV 7392, 99 CV 6142, 99 CV 1988, 99 CV 7529.

United States District Court, E.D. New York.

April 18, 2000.

Donald J. Capuano, James R. O'Connell, O'Donoghue & O'Donoghue, Washington, DC, Mary Beth Harmon, Law Offices of Peter G. Angelos, P.C., New York City, Kenneth David Pack, H. Russell Smouse, John C.M. Angelos, Peter G. Angelos, R. Bruce McElhone, E. David Hoskins, Joshua J. Kassner, Law Offices of Peter G. Angelos, P.C., Baltimore, MD, Melvyn I. Weiss, Mil-

---

**22.** The parties have not briefed the statute of limitations aspect of class definition.

berg, Weiss, Bershad, Hynes & Lerach, LLP, New York City, for plaintiffs in 98cv1492.

Barbara Robbins, Steven M. Barna, Ben Germana, Peter C. Hein, Stephen R. Blacklochs, Wachtell, Lipton, Rosen & Katz, New York City, Robert McCarter, Murray R. Garnick, Arnold & Porter, Washington, DC, Paul F. Stecker, Paul F. Jones, Phillips, Lytle, Hitchcock, Blaine & Huber, L.L.P., Buffalo, NY, Jeffrey M. Wagner, Thomas J. Frederick, Dan K. Webb, Jerome W. Pope, Thomas John Quigley, Winston & Strawn, Chicago, IL, Kenneth N. Bass, Kirkland & Ellis, New York City, for defendant Philip Morris Inc. and Philip Morris Companies, Inc. in 98cv1492.

Theodore M. Grossman, Jones, Day, Reavis & Pogue, Cleveland, OH, Steven C. Bennett, Jones, Day, Reavis & Pogue, New York City, Alan E. Kraus, Riker, Danzig, Scherer, Hyland & Perretti, LLP, Morristown, NJ, Kenneth N. Bass, Kirkland & Ellis, New York City, Thomas Schroeder, Gusti W. Frankel, Womble, Carlyle, Sandridge & Rice, P.L.L.C., Winston–Salem, NC, for defendant R.J. Reynolds Tobacco Co. in 98cv1492.

Michelle H. Browdy, Robert F. Huff, Jr., Elli Leibenstein, Douglas G. Smith, Steven M. McCormick, Kirkland & Ellis, Chicago, IL, Peter A. Bellocasa, Marjorie Press Lindblom, Kirkland & Ellis, New York City, Kenneth N. Bass, Jennifer G. Gardner, Kirkland & Ellis, Washington, DC, · for defendant Brown & Williamson Tobacco, Corp. in 98cv1492.

Donald I. Strauber, David A. Wallace, Chadbourne & Parke, LLP, New York City, Kenneth N. Bass, Kirkland & Ellis, Washington, D.C., for defendant British American Tobacco Co. in 98cv1492.

Peter A. Bellocasa, Marjorie Press Lindblom, Kirkland & Ellis, New York City, Kenneth N. Bass, Jennifer G. Gardner, Kirkland & Ellis, Washington, D.C., for defendant Batus Holdings Inc. in 98cv1492.

Joseph M. McLaughlin, Simpson, Thacher & Bartlett, New York City, Kenneth N. Bass, Kirkland & Ellis, Washington D.C., for defendant B.A.T. Industries, P.L.C. in 98cv1492.

Gary Long, Shannon L. Spangler, Shook, Hardy & Bacon, L.L.P., Kansas City, MO, Alan Mansfield, Greenberg Traurig, New York City, Kenneth N. Bass, Kirkland & Ellis, Washington, D.C., for defendant Loews Corp. in 98cv1492.

Gary Long, Shannon L. Spangler, William L. Allinder, Donald J. Kemna, Craig E. Proctor, John James Baroni, Shook, Hardy & Bacon, L.L.P., Kansas City, MO, Alan Mansfield, Greenberg Traurig, New York City, Kenneth N. Bass, Kirkland & Ellis, Washington, D.C., for defendant Lorillard Tobacco Co. in 98cv1492.

Peter A. Bellocasa, Marjorie Press Lindblom, Kirkland & Ellis, New York City, Kenneth N. Bass, Jennifer G. Gardner, Kirkland & Ellis, Washington, D.C., for defendant American Brands, Inc. in 98cv1492.

Michael Matthew Fay, Aaron H. Marks, Nancy E. Struab, Kasowitz, Benson, Torres & Friedman, LLP, New York City, Kenneth N. Bass, Kirkland & Ellis, Washington, D.C., for defendants Ligget Group Inc. and Ligget & Myers, Inc., Brooke Group, Ltd. in 98cv1492.

Bruce M. Ginsberg, Davis & Gilbert, New York City, Kenneth N. Bass, Kirkland & Ellis, Washington, D.C., for defendant Hill & Knowlton, Inc. in 98cv1492.

Anne E. Cohen, Harry Zirlin, Debevoise & Plimpton, New York City, Kenneth N. Bass, Kirkland & Ellis, Washington, D.C., for defendant Council for Tobacco Research USA, Inc. and Tobacco Institute, Inc. in 98cv1492.

Robert J. Morrow, Paul J. Bschorr, Vincent R. FitzPatrick, Jr., Michael C. Hefter,

Heather K. McDevitt, Martha J. Talley, Michael R. Geroe, David A. Bentley, Dewey Ballantine, New York City, Richard J. Burdge, Jr., Lee Smalley Edmon, Robert W. Fischer, Jr., Thomas R. Foley, Patrick S. Schoenburg, Sheryl L. Skibbe, Roger K. Smith, Dewey Ballantine, LLP, Los Angeles, CA, James Morley Wickett, Dewey Ballantine, LLP, Washington, DC, Catherine J. Casey, Martin J. O'Hara, Jean M. Prendergast, James A. Niewiara, Eugene E. Murphy, John F. Kennedy, Lisa M. Hegedus, Nicholas G. Grapas, Daniel L. Stanner, Michael A. Steigmann, Quinlan & Crisham, Ltd., Chicago, IL, for plaintiffs in 98cv3287.

John B. Williams, John E. Villafranco, Thomas W. Mitchell, William M. Bailey, Collier, Shannon, Rill & Scott PLLC, Washington, DC, Keith W. Vaughan, Thomas Schroeder, Womble, Carlyle, Sandridge & Rice, P.L.L.C., Winston–Salem, NC, Martin R. Glick, Peter J. Busch, Jessica T. Martin, Howard, Rice, Nemerovski, Canady, Falk & Rabkin, San Francisco, CA, Kelly Amanda Lee, Jonathon Andrew Fligg, R. Dal Burton, Womble Carlyle Sandridge & Rice, PLLC, Atlanta, GA, for defendant R.J. Reynolds Co. in 98 cv 3287.

Kimberly S. Penner, James T. Conlon, Nicholas W. Heldt, Shelley L. Brittman, Anthony J. Anscombe, Gregory C. Read, Sedgwick, Detert, Moran & Arnold, New York City, for defendant Brown & Williamson Tobacco in 98cv3287.

Joseph M. McLaughlin, Patrick D. Bonner, Simpson Thacher & Bartlett, New York City, for defendant BAT Industries, PLC in 98cv3287.

Thomas J. McCormack, Robert S. Pruyne, Chadbourne & Parke, L.L.P., New York City, for defendant British American Tobacco Co. in 98cv3287.

Lori C. McGroder, William L. Allinder, Donald J. Kemna, Susan Dumay Wolfe, Craig E. Proctor, Shook, Hardy & Bacon, L.L.P., Kansas City, MO, Alan Mansfield, Stephen L. Saxl, Greenberg Traurig, New York City, Glenn E. Goldstein, Jerold I. Budney, Greenberg Traurig, Fort Lauderdale, FL, for defendant Lorillard Tobacco Co. in 98cv3287.

Peter J. McKenna, Eric S. Sarner, Mark Steven Cheffo, Skadden, Arps, Slate, Meagher & Flom LLP, New York City, for defendant United States Tobacco Co. in 98cv3287.

Anthony R. Mansfield, Seward & Kissel, New York City, for defendant The Tobacco Institute, Inc. in 98cv3287.

Anne E. Cohen, Antoine Tinnion, Harry Zirlin, Debevoise & Plimpton, New York City, for defendant Council for Tobacco Research, Inc. in 98cv3287.

Barry S. Schaevitz, Bryan A. McKenna, Jacob, Medinger & Finnegan, LLP, New York City, for defendant Smokless Tobacco Research Council, Inc. in 98cv3287.

Bruce M. Ginsberg, Marc J. Rachman, Davis & Gilbert, New York City, for defendant Hill and Knowlton, Inc. in 98cv3287.

Aaron H. Marks, Kasowitz, Benson, Torres & Friedman, LLP., New York City, for defendant Ligget & Myers Inc. in 98cv3287.

Barbara Robbins, Steven M. Barna, Peter C. Hein, Wachtell, Lipton, Rosen & Katz, New York City, Jonathan R. Streeter, Amy L. McGinnis, Leslie Wharton, John C. Massaro, Thomas W. Stoever, Ryan D. Guilds, Robert McCarter, Simon M. Kann, Leonard H. Becker, Kevin J. O'Brien, Swidler Berlin Shereff Friedman LLP, New York City, for defendant Philip Morris, Inc. in 98cv3287.

Peter A. Bicks, James L. Stengel, Orrick, Herrington & Sutcliffe LLP, New York City, Andrew Constantine, Jersey City, NJ, Thomas R. McNaboe, Thompson, McNaboe, Ashley & Bull, LLC, P.A., Portland, MA, for plaintiff in 98cv0675.

Kenneth N. Bass, Kirkland & Ellis, Washington, DC, for defendant The American Tobacco Co. in 98cv0675.

Mark G. Cunha, Simpson Thacher & Bartlett, New York City, for B.A.T. Industries, PLC in 98cv0675.

Michelle H. Browdy, Robert F. Huff, Jr., Elli Leibenstein, Steven M. McCormick, Douglas G. Smith, Kirkland & Ellis, Chicago, IL, Peter A. Bellacosa, Marjorie Press Lindblom, Kirkland & Ellis, New York City, Ken-

neth N. Bass, Kirkland & Ellis, Washington, D.C., for Brown & Williamson Tobacco Corp. in 98cv0675.

Aaron H. Marks, Kasowitz, Benson, Torres & Friedman, LLP., New York City, for defendant Liggett Group, Inc. in 98cv0675.

Gary Long, Shook, Hardy & Bacon, L.L.P., Kansas City, MO, Alan Mansfield, Stephen L. Saxl, Greenberg Traurig, New York City, for defendant Lorillard Tobacco Co. in 98cv0675.

Anthony L. Paccione, Winston & Strawn, New York City, Gary Long, Shook, hardy & Bacon, L.L.P., Kansas City, MO, Alan Mansfield, Greenberg Traurig, New York City, for defendant Philip Morris Incorporated in 98cv0675.

Alan E. Kraus, Riker, Danzig, Scherer, Hyland & Perretti, LLP, Morristown, NJ, Alan Mansfield, Greenberg Traurig, New York City, Thomas Schroeder, Gusti W. Frankel, Womble, Carlyle, Sandridge & Rice, P.L.L.C., Winston–Salem, NC, for defendant R.J. Reynolds Tobacco Co. in 98cv0675.

James L. Stengel, Orrick, Herrington & Sutcliffe LLP, New York City, for plaintiff in 97cv7648.

Joseph M. McLaughlin, Simpson, Thacher & Bartlett, New York City, Mark G. Cunha, Simpson Thacher & Bartlett, New York City, for defendant B.A.T. Industries, PLC in 97cv7648.

Alan E. Kraus, Riker, Danzig, Scherer, Hyland & Perretti, LLP, Morristown, NJ, Alan Mansfield, Greenberg Traurig, New York, Thomas Schroeder, Womble, Carlyle, Sandridge & Rice, P.L.L.C., Winston-Salem, NC, for defendant R.J. Reynolds Tobacco Co. in 97cv7648.

Gary Long, Shook, Hardy & Bacon, L.L.P., Kansas City, MO, Alan Mansfield, Greenberg Traurig, New York City, Anthony L. Paccione, Winston & Strawn, New York City, for defendant Philip Morris, Incorporated in 97cv7648.

Kenneth N. Bass, Kirkland & Ellis, Washington, D.C., Marjorie Press Lindblom, Kirkland & Ellis, New York City, for defendant The American Tobacco Co. in 97cv7648.

Michelle H. Browdy, Robert F. Huff, Jr., Elli Leibenstein, Douglas G. Smith, Kirkland & Ellis, Chicago, IL, Marjorie Press Lind-

blom, Kirkland & Ellis, New York City, Kenneth N. Bass, Kirkland & Ellis, Washington, D.C., Steven M. McCormick, Todd A. Gale, Kirkland & Ellis, Chicago, IL, for defendant Brown & Williamson Tobacco Corp. in 97cv7648.

Aaron H. Marks, Kasowitz, Benson, Torres & Friedman, LLP., New York City, for defendant Liggett Group, Inc. in 97cv7648.

Gary Long, Shook, Hardy & Bacon, L.L.P., Kansas City, MO, Alan Mansfield, Greenberg Traurig, New York City, for defendant Lorillard Tobacco Co. in 97cv7648.

Alan Mansfield, Greenberg & Traurig, New York City, for defendants The Tobacco Research Council–USA, Inc. and The Tobacco Institute Inc. in 97cv7648.

Beth A. Kaswan, Michael C. Spencer, Melvyn I. Weiss, Milberg, Weiss, Bershad, Hynes & Lerach, L.L.P., New York City, for plaintiffs in 99cv6142.

Barbara Robbins, Steven M. Barna, Peter C. Hein, Wachtell, Lipton, Rosen & Katz, New York City, Steven C. Bennett, Jones, Day, Reavis & Pogue, New York City, Paul F. Stecker, Phillips, Lytle, Hitchcock, Blaine & Huber, L.L.P., Buffalo, NY, for defendants Philip Morris, Inc. & Philip Morris Companies in 99cv6142.

Steven C. Bennett, Jones, Day, Reavis & Pogue, New York City, for defendant R.J. Reynolds Tobacco Co. in 99cv6142.

Marjorie Press Lindblom, Kirkland & Ellis, New York City, for defendant R.J.R. Nabisco, Inc. in 99cv6142.

Garyowen P. Morrisroe, David A. Wallace, Chadbourne & Parke, L.L.P., New York City, for defendant British American Tobacco, Co. in 99cv6142.

Marjorie Press Lindblom, Kirkland & Ellis, New York City, for BATUS Holdings Inc. in 99cv6142.

Joseph M. McLaughlin, Simpson, Thacher & Bartlett, New York City, for defendant B.A.T. Industries, PLC in 99cv6142.

Gary Long, Shook, Hardy & Bacon, L.L.P., Kansas City, MO, Alan Mansfield, Greenberg Traurig, New York City, for de-

fendants Lorillard Tobacco Co., Lorillard Corp., Loews Corp. in 99cv6142.

Marjorie Press Lindblom, Kirkland & Ellis, New York City, for defendants American Tobacco Company, American Brands, Inc. in 99cv6142.

Aaron H. Marks, Kasowitz, Benson, Torres & Friedman, LLP, New York City, for defendants Liggett Group, Inc., Liggett & Myers, Inc., Brooke Group, Ltd. in 99cv6142.

Bruce M. Ginsberg, Davis & Gilbert, New York City, for defendant Hill & Knowlton, Inc. in 99cv6142.

Harry Zirlin, Debevoise & Plimpton, New York City, for defendant Council for Tobacco Research–USA, Inc. in 99cv6142.

Anthony R. Mansfield, Charles M. Miller, Seward & Kissel, New York City, for defendant Tobacco Institute, Inc. in 99cv6142.

James L. Stengel, Peter Bicks, Orrick, Herrington & Sutcliffe LLP, Jersey City, NJ for plaintiffs in 99cv7392.

Kenneth N. Bass, Kirkland & Ellis, Washington, D.C., Marjorie Press Lindblom, Kirkland & Ellis, New York City, for defendant American Tobacco Co. in 99cv7392.

Alan E. Kraus, Riker, Danzig, Scherer, Hyland & Perretti, LLP, Morristown, NJ, Alan Mansfield, Greenberg Traurig, New York City, Thomas Schroeder, Womble, Carlyle, Sandridge & Rice, P.L.L.C., Winston–Salem, NC, for defendant R.J. Reynolds Tobacco Company in 99cv7392.

Mark G. Cunha, Patrick D. Bonner, Simpson Thacher & Bartlett, New York City, for defendant B.A.T. Industries in 99cv7392.

James C. Munson, David Bernick, Deirdre Fox, Sarah Marmor, Michael Foster, Kirkland & Ellis, Chicago, IL, Kenneth N. Bass, Kirkland & Ellis, Washington, D.C., Peter A. Bellacosa, Marjorie Press Lindblom, Kirkland & Ellis, New York City, for defendant Brown & Williamson Tobacco Corp. in 99cv7392.

Gary Long, Alan Mansfield, Greenberg Traurig, for defendants Philip Morris, Inc., Lorillard Tobacco Co. in 99cv7392.

Aaron H. Marks, Kasowitz, Benson, Torres & Friedman, LLP, New York City, Nancy E. Struab, Kosowitz Benson Torres & Fried-

man, New York City, for defendant Liggett Group, Inc. in 99cv7392.

Steven E. Fineman, Lieff, Cabraser, Heimann & Bernstein, L.L.P., New York City, for plaintiffs in 99cv1988.

Robert A. Cohen, Dechert, Price & Rhoads, New York City, for defendant Philip Morris, Inc. in 99cv1988.

Harold Keith Gordon, Jones, Day, Reavis & Pogue, New York City, for defendant R.J. Reynolds Tobacco Co. in 99cv1988.

Marjorie Press Lindblom, Kirkland & Ellis, New York City, for defendant Brown & Williamson Tobacco, Corp. in 99cv1988.

Joseph M. McLaughlin, Ronald M. Neumann, Michael P. Panagrossi, Simpson Thacher & Bartlett, New York City, for defendant B.A.T. Industries, PLC. in 99cv1988.

Alan Mansfield, Greenberg Traurig, New York City, for defendant Lorillard Tobacco Co. in 99cv1988.

Aaron H. Marks, Kasowitz, Benson, Torres & Friedman, LLP, New York City, Nancy E. Struab, Kosowitz Benson Torres & Friedman, New York City, for defendant Liggett & Myers, Inc. in 99cv1988.

Daniel Richard Benson, Aaron H. Marks, Marc E. Kasowitz, Kasowitz, Benson, Torres & Friedman, LLP, New York City, for plaintiff Liggett Group, Inc. in 99cv7529.

Walter P. Loughlin, Latham & Watkins, New York City, for defendant Latham & Watkins in 99cv7529.

## MEMORANDUM and ORDER

WEINSTEIN, Senior District Judge.

All the pending captioned tobacco cases are related as to fact and law. *See* Appendix A (memorandum and orders collected by the Clerk of the Court for delivery to the Clerk of the Court of Appeals for the Second Circuit, pursuant to this Court's order of March 2, 2000 in connection with Second Circuit Docket No. 00–3004 (mandamus petition))[on file with the Clerk of the Court in matter 98–1492]. The pretrial discovery, preparation for trial, and proposed trials in each of these cases are also related.

Together and independently these cases are complex. They have required and continue to require close management by the court "to secure the just, speedy, and inexpensive determination of . . . [these] actions." Fed.R.Civ.P. 1; *see also* Federal Judicial Center, *Manual for Complex Litigation* §§ 20–23 (3d ed. 1995) [*Manual*]; *cf.* Civil Justice Reform Act of 1990, 28 U.S.C. §§ 471–482.

The court has a duty to take affirmative action assisting the parties in all possible settlement options through direct intervention or through the use of alternative dispute resolution ("ADR") techniques. *See, e.g.,* Fed.R.Civ.P. 16(c)(1), (5), (8) & (16); Local R.Civ.P. 83.11 (court annexed mediation, designation by judge and mediation options); *Manual* §§ 23.1, 33.29. Among the court's powers in aid of ADR are appointment of liaison and lead counsel, *see Manual* §§ 20.22, 21.21, appointed of special counsel for settlement purposes, *see* Manual § 23.13, and designation of special masters for settlement negotiations and other purposes, *see Manual* § 21.52 & n. 311. The desirability of settlement has already been brought to the parties' attention. *See* Appendix B (transcript)[on file with the Clerk of the Court in matter 98-1492].

It is ORDERED:

1. All the captioned cases are consolidated for purposes of settlement and for no other purpose;
2. Plaintiffs in the cases are to select an individual or individuals to represent them in preliminary discussions designed to set a framework for settlement negotiations;
3. Defendants are to select an individual or individuals to represent them in preliminary discussions designed to set a framework for settlement negotiations;
4. All parties shall attempt to jointly select a mediator or mediators, or special master or masters to facilitate preliminary discussions. The court will, upon request of all parties, suggest one or more possible mediators or special masters. If agreement cannot be reached, one or more mediators or one or more special masters will be considered for appointment by the court for purposes of assisting the parties discussions.
5. Preliminary discussions may include consideration of whether the smokers class action, *Simon v. Philip Morris* (Civ. No. 99–1988), should be restructured to broaden the class and provide possible subclasses so that the tobacco litigation may be fully resolved in a comprehensive fashion.
6. Notification shall be provided to the United States Government by the clerk of the court inviting it to participate with respect to any claims it may have arising from any federal program. It may intervene or engage in the discussions as a non-party.

The time for bringing a close to tobacco litigation is nigh. The parties shall report back to the court within 10 days.